**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**MEDPORT LA, LLC**                         **CASE NO. 2:25-cv-00582**

**VERSUS**

**WRIGHT GRAY HARRIS, LLC**            **JUDGE**
**JASELINE BONILLA, JASMINE BONILLA**
**STACIA CASTON, DEBRA DANCY, and**
**JEMEYIA MARSHALL**                     **MAGISTRATE JUDGE**

## NOTICE OF DISMISSAL

Pursuant to FRCP 41(a)(1)(A)(i), Plaintiff Medport LA, LLC gives notice of voluntarily

dismissal of this suit and its claims against Defendants without prejudice. No answers or motions

for summary judgment have been filed in this case. Accordingly, Medport LA, LLC gives notice

of voluntary dismissal of this suit and its claims against Defendants without prejudice.

/s/ *James M. Garner*
_____

JAMES M. GARNER, #19589
RYAN O. LUMINAIS #30605
CURTIS J. CASE, #39413
**SHER GARNER CAHILL RICHTER**
**KLEIN & HILBERT, L.L.C.**
909 Poydras Street, 28th Floor
New Orleans, Louisiana 70112-1033
Telephone: (504) 299-2100
Facsimile: (504) 299-2300
jgarner@shergarner.com
rluminais@shergarner.com
ccase@shergarner.com
**ATTORNEYS FOR PLAINTIFF MEDPORT**
**LA, LLC**